Order issued October 2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01646-CV

**LG INSURANCE MANAGEMENT SERVICES, L.P., LG BENEFIT PARTNERS, INC., THOMAS J. GEORGE AND ELIZABETH W. WILMER, Appellants/Cross-Appellees**

**V.**

**ARVID LEICK, Appellee/Cross-Appellant**

## ORDER

The Motion for Rehearing filed by appellee is hereby DENIED.

_____
LANA MYERS
JUSTICE